UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   ROSEMARY A MORRISON

CASE NO. 04 B 13000

CHAPTER 13

JUDGE: JOHN H SQUIRES

   Debtor  
SSN XXX-XX-4981

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/02/04 and confirmed on 09/24/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 4464.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| REGENCY FEDERAL SAVINGS | CURRENT MORTG | .00 | .00 | .00 |
| REGENCY FEDERAL SAVINGS | SECURED | .00 | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | 13424.68 | .00 | 2564.18 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 13424.68 | .00 | 13424.68 |
| PRINCIPAL PAID | .00 | .00 | 2564.18 | .00 | 2564.18 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 2564.18 | .00 | 2564.18 |

The Debtor's attorney, GARY L SHILTS             , was allowed $ 2200.00 and was paid $    500.00 direct and $  1700.00 through the plan.

The Trustee received $    199.82 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/15/07

/S/  
GLENN STEARNS  
CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 04 B 13000 ROSEMARY A MORRISON
```